358

DIE CASTERS INTERNATIONAL, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5053.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2007.

Gary Marcus, Gary Marcus Attorney At Law, P.C., of Garden City, NY, argued for plaintiff-appellant.

Leslie Cayer Ohta, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is*

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.